IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT B. EVELEIGH,
MARGARET M. EVELEIGH,
and CARL B. EVELEIGH, as
named trustees of the separate
GST-exempt trusts f/b/o Elizabeth
A. Eveleigh and Jennifer M.
Eveleigh,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5166

      Appellants,

v.

ELIZABETH ANNA EVELEIGH
and JENNIFER M. EVELEIGH,

      Appellees.

_____/

Opinion filed December 7, 2017.

An appeal from the Circuit Court for Duval County.
Peter L. Dearing, Judge.

Edmond E. Koester, Alex R. Figares, and Caroline Marisa Magliolo of Coleman, Yavanovich & Koester, P.A., Naples, and Louis D. D'Agostino and Maria Vigilante of Cheffy Passidomo, P.A., Naples, for Appellants.

Jack J. Aiello, John P. Cole, Jason P. Van Lenten, and Lauren V. Purdy of Gunster, Yoakley & Stewart, P.A., West Palm Beach, and Robert Goldman and Jon Scuderi of Goldman Felcoski & Stone, P.A., Naples, and for Appellees.

PER CURIAM.

Appellees' amended motion to dismiss is granted. This appeal is hereby dismissed for lack of jurisdiction.

RAY, WINOKUR, and JAY, JJ., CONCUR.